**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melvin Hollins,<br><br>          Petitioner,<br><br>     v.<br><br>Charles L. Ryan[1], et al.,<br><br>          Respondents. | CV 08-1514-PHX-PGR (LOA)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 22)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that Petitioner's Amended Petition for Writ of Habeas Corpus **(Doc. 6)** is DENIED.

DATED this 1st day of June, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Pursuant to Fed.R.Civ.P. 25(d), Charles L. Ryan, the current director of the Arizona Department of Corrections, is submitted for Dora B. Schriro.